

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-21-00113-CR &
06-21-00114-CR

JOEL DAVID NEELY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th District Court
Marion County, Texas
Trial Court Nos. F 15261 & F 15223

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

Appellant Joel David Neely appeals from his convictions of aggravated family violence assault and evading arrest. On December 20, 2021, Neely's court-appointed appellate counsel filed an *Anders*[1] brief, and on December 21, 2021, Neely filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Neely's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Neely's access to the record.

On January 4, 2022, Neely's appointed counsel informed this Court that he mailed a complete paper copy of the appellate record to Neely. Allowing fifteen days from the date of this order for the record to be delivered to Neely and giving Neely thirty days to prepare his pro se response, we hereby set February 22, 2022, as the deadline for Neely to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        January 5, 2022

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

2